# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1087
_____

United States of America

*Plaintiff - Appellee*

v.

Adekunle Olufemi Adetiloye

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of North Dakota - Fargo

_____

Submitted: November 30, 2015
Filed: December 3, 2015
[Unpublished]

_____

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

This appeal follows a remand for consideration of additional evidence on the issues of restitution and forfeiture in Adekunle Olufemi Adetiloye's mail fraud case. *See United States v. Adetiloye*, 716 F.3d 1030 (8th Cir. 2013), *cert. denied*, 134 S. Ct.

1775 (2014). He challenges the district court's[1] orders denying his motions to dismiss the case for lack of personal jurisdiction, which he based on his alleged illegal extradition. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

Adetiloye improperly seeks to raise the issue of extradition in an appeal following a limited remand to address entirely different matters. *See White v. Kautzky, 494 F.3d 677, 680-81 (8th Cir. 2007); Brown v. Nutsch, 619 F.2d 758, 762 (8th Cir. 1980).* His arguments also fail on their merits for the reasons stated by the district court.

The judgment is affirmed. Adetiloye's motion to strike the government's brief is denied.

_____

[1] The Honorable Ralph R. Erickson, Chief Judge, United States District Court for the District of North Dakota.